737 A.2d 739

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**James THOMAS, Appellant.**

**No. 20 Eastern District Appeal Docket 1999.**

Supreme Court of Pennsylvania.

Oct. 4, 1999.

John W. Packel, Ellen T. Greenlee, Mark Scott-Sedley, Philadelphia, for James Thomas.

Catherine Marshall, Hugh J. Burns, Jr., Philadelphia, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

**AND NOW**, this 4th day of October, 1999 Appellee's Application for Summary Disposition is granted. The Order of the Superior Court is reversed and this matter is remanded to the trial court with directions that the conviction against appellant be vacated.